# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126980 (92)
127032

JOSEPH STAMPLIS and THEODORA STAMPLIS,
          Plaintiffs-Appellees,

v                                                           SC: 126980
                                                            COA: 241801
ST. JOHN HEALTH SYSTEM, d/b/a RIVER                         St. Clair CC: 01-001051-NH
DISTRICT HOSPITAL,
          Defendant-Appellant,
          Appellee (127032)
and
G. PHILLIP DOUGLASS,
          Defendant-Appellee,
          Appellant (127032)
and
HENRY FORD HEALTH SYSTEM, d/b/a
HENRY FORD HOSPITAL, et al
          Defendants.
_____

          On order of the Chief Justice, the motion by plaintiffs-appellants for extension of time is considered and, it appearing the brief and appendix of appellants was filed July 14, 2006, the time for filing is extended to that date.



          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2006                                             _____
                                                                         Clerk